UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                :
                                           **ORDER**
            -v-                         :   07 Cr. 692

VLADIMIR BARARUSHKIN,                   :
TEA SANCHEZ,
    a/k/a "Tea Kalatozishvili,
    a/k/a "Teka"
TODD TOLSON,
PABLO CRUZ, and
NANCY DIAZ,



            Defendant.

- - - - - - - - - - - - - - - - - - - - X

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Jenna M. Dabbs;

      It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

      ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
      July 30, 2007

                                        SO ORDERED,

                                        _____
                                        UNITED STATE MAGISTRATE JUDGE

                                        HENRY PITMAN
                                        United States Magistrate Judge
                                        Southern District of New York