# LAW OFFICES OF MITCHELL C. ELMAN, P.C.
## 105-15 CROSS BAY BLVD., 2ND FLOOR
## OZONE PARK, NY 11417
### Telephone (718) 843-2300
### Facsimile (718) 843-0588



**MEMO ENDORSED**

August 10, 2007

VIA FACSIMILE (212) 805-7968 (6 Pages)
The Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/13/07
```

                                      Re:    United States of America v.
                                                 Vladimir Bararushkin, et al.
                                                 07 Cr. 692 (KMK)

Dear Judge Karas:

       As you are aware, this office represents Pablo Cruz in the above-referenced matter. In furtherance of our conference before your Honor yesterday, we are respectfully requesting the court's approval for Mr. Cruz to travel with his family on a cruise from Monday August 13, 2007 to Saturday August 18, 2007. This trip had been previously booked several months ago.

       Assistant United States Attorney Jenna M. Dabbs has previously consented to this request. Mr. Cruz had advised his pre-trial services officer Mildred Santana of this trip on Tuesday. Ms. Santana had indicated to Mr. Cruz that pre-trial would consent to this trip as long as it was approved by the Government and the Court. After court yesterday, I, along with Ms. Dabbs attempted to meet with Ms. Santana. I have come to learn that Ms. Santana will be out of town until September 5, 2007. Finally, Mr. Cruz surrendered his passport to counsel. I am holding the passport to give to Ms. Santana.

       I have attached a copy of the itinerary for the Court's convenience. Thank you for your anticipated cooperation.

The Honorable Kenneth M. Karas
August 10, 2007
Page 2

Respectfully submitted,

MITCHELL C. ELMAN

MCE/lv
Enc.

Cc: Assistant United States Attorney Jenna M. Dabbs (Via Facsimile 212-637-2527)
U.S. Pre-Trial Services Officer Mildred Santana (Via Facsimile 212-805-4175)

Mr. Cruz's bail is modified to permit his trip to go forward between August 13 and August 18, provided that Mr. Cruz gives his 24-hour contact information to Pre-Trial Services before his departure and calls Pre-Trial Services within 24 hours of his return.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/10/07